# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL LUCAS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-1949 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 23 day of November, 2010, upon careful consideration of the defendant's motion for summary judgment (Document No. 12), it is hereby ORDERED that the motion is **GRANTED** in its entirety.

The Clerk of Court is directed to mark this case closed.

BY THE COURT:

LAWRENCE F. STENGEL, J.